PS8
(04/23)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Saner Kammo                                            Docket No. 23-20296-02

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Brian Harmon, Pretrial Services Officer, presenting an official report on defendant Samer Kammo, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Anthony P. Patti, sitting in the court at Detroit, Michigan, on June 7, 2023, under the following conditions:

1. Report as directed to Pretrial Services
2. Not Apply for or enter into any loan or other credit transaction without the previous written permission of the Pretrial Services Officer
3. Surrender any passport to Pretrial Services
4. Not obtain a passport of other international travel documents
5. Travel is restricted to the Eastern District of Michigan
6. Do not use or unlawfully possess a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner
7. Submit to drug testing and treatment as directed by Pretrial Services
8. Participate in a program of inpatient or outpatient substance abuse treatment as direct by Pretrial Services
9. Not possess a firearm, destructive device, or other dangerous weapons

On February 12, 2026, the defendant appeared before United States District Judge Jonathan J.C. Grey for sentencing.  He was sentenced to 36 months' custody with the Bureau of Prisons and two years supervised release with the ability to self-surrender as directed by the Bureau of Prisons.  A designation date has not yet been set by the Bureau of Prisons.

**Respectfully presenting petition for action of court and for cause as follows**:

According to a report provided by the Shelby Township Police Department, On March 6, 2026,, the defendant allegedly hit his wife, Christina Anasi, in the face.  According to the report, the victim contacted emergency services requesting assistance be sent to her residence.  When officers arrived at the residence, the victim answered the door with a visible red mark on her face, (right cheek area).  The officer indicates in the report, the victim's phone was cracked and could see items strewn about to indicate a struggle.  According to the officer, the victim was very elusive in answering questions and asked the police to leave.  The victim told police the defendant had already left and refused to cooperate in the investigation.  Despite the victim not cooperating, a warrant for domestic violence was requested by the officer to the Macomb County Prosecutor.

A NCIC/LEIN conducted on March 10, 2026, revealed no new criminal activity and no new warrants.

Due to the allegation of domestic violence and the defendant's pending voluntarily surrender, Pretrial Services views the defendant as a risk of danger to the community and risk of nonappearance and therefore, requests his bond be revoked and he begin service his term of custody.

**PRAYING THE COURT WILL REVOKE THE DEFENDANT'S BOND AND HE BE TAKEN INTO CUSTODY TO BEGIN HIS CUSTODIAL SENTENCE.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2026

Respectfully,

\_\_\_Brian Harmon_____

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: March 11, 2026

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Modification of Pretrial Conditions as Requested

[ ]    Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]   The Issuance of a Warrant [check one of the below]
 [ ]   Defendant to appear before the Judge assigned to the case
 [ ]   Defendant to appear before the Duty Magistrate Judge

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ **X** ]   Other – The defendant's bond is revoked and he is to begin his custodial sentence.

ORDER OF COURT

Considered and ordered this 11th day of March 2026 and ordered filed and made a part of the records in the above case.

  **<u>JONATHAN J.C. GREY</u>**

United States District Judge Jonathan J.C. Grey